UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-5487-GW-MARx | Date | June 11, 2026 |
|---|---|---|---|
| Title | *Rogelio Santibanez v. C&R Restaurant Group, L.P., et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On June 10, 2026, Plaintiff Rogelio Santibanez filed a Notice of Settlement [12]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for July 13, 2026 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on July 10, 2026.

                                                                                                    :

                                                    Initials of Preparer    JG